

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00113-CR

GEORGE PERALES                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

### FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On February 19, 2013, as part of a plea-bargain agreement, George Perales pleaded guilty to four counts of aggravated sexual assault of a child under fourteen. The trial court convicted Perales on all four counts, sentenced him to concurrent 390 month terms of confinement, and certified that he had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

---

[1]*See* Tex. R. App. P. 47.4.

Perales filed a pro se notice of appeal on March 12, 2013. On March 19, we notified Perales and his trial counsel that Perales had filed a pro se notice of appeal, that the trial court certified that Perales had no right to appeal, and that we would dismiss the appeal unless Perales or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal no later than March 29. *See* Tex. R. App. P. 25.2(d), 44.3.

As of the date of this memorandum opinion, we have received no response to our notice. There is no showing that Perales's sentence exceeded the State's recommendation, that Perales desires to appeal a matter that was raised by written motion filed and ruled on before trial, or that the trial court granted Perales permission to appeal. *See* Tex R. App. P. 25.2(a)(2). Thus, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 8, 2013

2